IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GENE TRUMAN SMITH,**

    Petitioner,

v.                                Case No. 3:21cv2428-MCR/MAF

**RICKY D. DIXON, Secretary,**
**Florida Department of Corrections,**

    Respondent.
_____/

**ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 13. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of all timely filed objections thereto. I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this order.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 15th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**